# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>JOHN DAVID BRYSON<br>AMY MARIE BRYSON<br>Debtor(s). | CHAPTER # 7<br>BANKRUPTCY # 08-21987 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_X_ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| The Living Scriptures<br>3625 Harrison Blvd<br>Ogden, UT 84403 | $3.62 |
| Outsource Receivables<br>PO Box 166<br>Ogden, UT 84402 | $4.33 |
| US Bank<br>Bankruptcy Dept<br>PO Box 5229<br>Cincinnati, OH 45201-5229 | $.62 |

FILED IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF UTAH MAIL 2010 MAR 31 P 12:09

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$8.57** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 26th day of March, 2010.

_____/s/_____
Steven R. Bailey, Trustee